## BUTLER & COMPANY *v.* McCALL.

CANDLER, J. The consideration of a contract is always open to inquiry in a suit for its enforcement. The answer of the defendants as amended, setting up that the note sued on was for the purchase-price of certain sawmill timber, that part of the land conveyed had no timber on it at all, that as to other portions a paramount outstanding title existed in other parties, and that the defendants had never been in possession thereof, was good as a plea of failure of consideration, and should not have been stricken on demurrer.

*Judgment reversed. All the Justices concur, except Simmons, C. J., absent.*

Argued January 25, — Decided February 13, 1904.

Complaint on note. Before Judge Mitchell. Colquitt superior court. April 7, 1903.

*Shipp & Kline*, for plaintiffs in error.

*J. G. & J. F. McCall*, by *Z. D. Harrison*, contra.